Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email:  christensend@jacksonlewis.com

*Attorneys for Defendant*
*Republic Silver State Disposal, Inc.*
*d/b/a Republic Services of Southern Nevada*
*(erroneously sued as Republic Services, Inc.)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CARBAJAL, an Individual, | Case No. 2:18-cv-00722-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CHECK** |
| vs. | |
| REPUBLIC SERVICES, INC., a Nevada Corporation, DOES I-X; and ROE CORPORATION I-X, | |
| Defendants. | |

Defendant Republic Silver State Disposal, Inc. d/b/a Republic Services of Southern Nevada ("Defendant"), erroneously sued as Republic Services, Inc., and Plaintiff Luis Carbajal hereby stipulate to and request a one week continuance of the telephonic status check currently set for August 9, 2018, and advise the Court of the settlement status as follows:

1.      Plaintiff's counsel provided Defendant's counsel with the necessary W-9 forms and a copy of the executed settlement agreement on August 6, 2018.

2.      Defendant is currently in the process of issuing the settlement checks, and anticipates being able to provide them to its counsel no later than August 14, 2018, at which point the parties will exchange the settlement checks for the release documents and file a stipulation and order to dismiss this action with prejudice.

1    3.    The parties request that the telephonic status check currently set for August 9, 2018,

2  be continued to August 16, 2018.

3       Respectfully submitted this 8th day of August, 2018.

4  HKM Employment Attorneys LLP          JACKSON LEWIS P.C.

5

6  */s/ Jenny L. Foley*                          */s/ Daniel I. Aquino*

7  Jenny L. Foley, Ph.D., Esq.               Deverie J. Christensen, Bar #5837
   1785 East Sahara, Suite 325              Daniel I. Aquino, Bar #12682

8  Las Vegas, Nevada 89104                 3800 Howard Hughes Parkway, Suite 600
                                            Las Vegas, Nevada 89169
9  *Attorney for Plaintiff*
   *Luis Carbajal*                         *Attorneys for Defendant Republic Silver State*
10                                          *Disposal, Inc. d/b/a Republic Services of*
                                            *Southern Nevada (erroneously sued as*
11                                          *Republic Services, Inc.)*

12

13

14                         **ORDER**

15
       The telephonic status check currently set for August 9, 2018, is hereby continued to August
16
   16, 2018, at 3:30 p.m.  The instructions to the meet-me-line as found in Order (ECF No. 19)
17
   shall remain the same except counsel shall call in no later than 3:25 p.m.
18
       IT IS SO ORDERED _____August 9_____, 2018.
19

20                                          _____
                                            U.S. District Judge/Magistrate Judge
21

22

23  4810-8402-7503, v. 1

24

25

26

27

28