Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: christensend@jacksonlewis.com

*Attorneys for Defendant*
*Republic Silver State Disposal, Inc.*
*d/b/a Republic Services of Southern Nevada*
*(erroneously sued as Republic Services, Inc.)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS CARBAJAL, an Individual, | Case No. 2:18-cv-00722-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| REPUBLIC SERVICES, INC., a Nevada Corporation, DOES I-X; and ROE CORPORATION I-X, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 16 day of August, 2018.

| HKM Employment Attorneys LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Jenny L. Foley | /s/ Deverie J. Christensen |
| Jenny L. Foley, Ph.D., Esq.<br>1785 East Sahara, Suite 325<br>Las Vegas, Nevada 89104<br>*Attorney for Plaintiff*<br>*Luis Carbajal* | Deverie J. Christensen, Bar #5837<br>Daniel I. Aquino, Bar #12682<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant Republic Silver State Disposal, Inc. d/b/a Republic Services of Southern Nevada (erroneously sued as Republic Services, Inc.)* |

**IT IS SO ORDERED.**

Dated: August 16, 2018.

_____
UNITED STATES DISTRICT JUDGE

4817-3202-6736, v. 1